IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| L&P PROPERTY MANAGEMENT COMPANY and LEGGETT & PLATT INCORPORATED,<br><br>        Plaintiffs,<br><br>Vs.<br><br>JTMD, LLC and ASCION, LLC,<br><br>        Defendants. | Civil Action No. 1:07-CV-10207-RGS |

## STIPULATED DISMISSAL WITH PREJUDICE

The parties, through their respective attorneys, hereby stipulate to the dismissal with prejudice of plaintiff's First Amended Complaint herein pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and the Counterclaims of Defendants Answer and Counterclaims herein pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, with each party bearing its own costs and attorneys fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Theodore R. Remaklus | /s/ Robert M. Abrahamsen |
| Theodore R. Remaklus, Esq. | Michael A. Albert, BBO #558566 |
| Wood, Herron & Evans, LLP | malbert@wolfgreenfield.com |
| 2700 Carew Tower | James J. Foster, BBO # 553285 |
| 441 Vine Street | jfoster@wolfgreenfield.com |
| Cincinnati, OH 45202 | Robert M. Abrahamsen, BBO # 636635 |
| Phone: (513) 241-2324 | rabrahamsen@wolfgreenfield.com |
| Fax:   (513) 421-7269 | WOLF, GREENFIELD & SACKS, P.C. |
| Email:  tremaklus@whepatent.com | 600 Atlantic Ave. |
| State Bar of Ohio No.: 0061557 | Boston, MA 02210 |
| (admitted *pro hac vice*) | Tel:  (617) 646-8000 |
| | Fax: (617) 646-8646 |

| | |
|---|---|
| John O. Mirick, Esq. | Anthony W. Hong |
| BBO #349240 | Attorney at Law |
| Mirick, O'Connell, DeMallie & Lougee, LLP | River Oaks Tower |
| 100 Front Street | 3730 Kirby Drive, Suite 1200 |
| Worcester, MA 01608-1477 | Houston, TX 77098 |
| Phone: (508) 791-8500 | (713) 432-9992 (phone) |
| Fax:    (508) 791-8502 | (713) 432-9984 (fax) |
| Email:  jomirick@modl.com | awhong@lawgroupip.com |
| | State Bar of Texas No: 00792589 |
| Attorneys for Plaintiffs | (admitted *pro hac vice*) |
| | |
| L&P PROPERTY MANAGEMENT COMPANY and LEGGETT & PLATT INCORPORATED | Attorneys for Defendants |
| | JTMD, LLC and ASCION, LLC |

Dated: July 14, 2009

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 14, 2009.

　　　　　　　　　　　　　　　　　　　　　/s/ Theodore R. Remaklus